AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Freeman, Beth L. | 2. Court or Organization<br><br>U.S. District Court, Northern District of California | 3. Date of Report<br><br>06/20/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 06/20/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>05/28/2013 |

**7. Chambers or Office Address**

Superior Court of San Mateo County, Department 3
400 County Center
Redwood City, CA 94063

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judge | Superior Court for San Mateo County, California |
| 2. Executor | Estate No. 1 |
| 3. Co-Trustee | Trust No. 1 |
| 4. Trustee | Trust No. 2 |
| 5. Director | Junior Statesmen Foundation |
| 6. Member, Board of Governors | Association of Business Trial Lawyers |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1983 | San Mateo County Employees Retirement Association - Pension |
| 2. 2001 | Judicial Retirement System II, California - Judicial Pension |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Superior Court of California - Salary | $187,621.00 |
| 2. 2012 | Superior Court of California - Salary | $187,621.00 |
| 3. 2013 | Superior Court of California - Salary | $75,520.00 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-Employed: Attorney |
| 2. 2012 | Self-Employed: Attorney |
| 3. 2013 | Self-Employed: Attorney |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 06/20/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Trust #1 | | | | | Exempt | | | | |
| 2. | - Brokerage Account #1 | | | | | | | | | |
| 3. | -- Schwab U.S. Treasury Money Fund Account | E | Int./Div. | P1 | T | | | | | |
| 4. | -- Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 5. | -- Abbvie Inc. Common Stock | | None | K | T | | | | | |
| 6. | -- American International Group Common Stock | | None | K | T | | | | | |
| 7. | -- Amgen Inc. Common Stock | A | Dividend | J | T | | | | | |
| 8. | -- Apple Inc. Common Stock | B | Dividend | M | T | | | | | |
| 9. | -- AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. | -- Berkshire Hathaway Common Stock | | None | J | T | | | | | |
| 11. | -- Chipotle Mexican Grill Common Stock | | None | J | T | | | | | |
| 12. | -- Coca-Cola Company Common Stock | A | Dividend | L | T | | | | | |
| 13. | -- Colgate-Palmolive Co. Common Stock | A | Dividend | K | T | | | | | |
| 14. | -- Comcast Corp. Stock | A | Dividend | L | T | | | | | |
| 15. | -- CVS Caremark Corp. Common Stock | A | Dividend | M | T | | | | | |
| 16. | -- DirecTV Common Stock | | None | J | T | | | | | |
| 17. | -- Google Inc. Common Stock | | None | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- IBM Corp. Common Stock | A | Dividend | K | T | | | | | |
| 19. -- Intuitive Surgical Common Stock | | None | L | T | | | | | |
| 20. -- Marathon Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 21. -- Marathon Pete Corp. Common Stock | A | Dividend | K | T | | | | | |
| 22. -- MasterCard Inc. Common Stock | A | Dividend | K | T | | | | | |
| 23. -- McDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 24. -- Microsoft Corp. Common Stock | D | Dividend | M | T | | | | | |
| 25. -- nVidia Corp. Common Stock | A | Dividend | K | T | | | | | |
| 26. -- Oracle Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. -- Pepsico Inc. Common Stock | C | Dividend | M | T | | | | | |
| 28. -- Procter & Gamble Corp. Common Stock | C | Dividend | L | T | | | | | |
| 29. -- Rite Aid Corp. Common Stock | | None | J | T | | | | | |
| 30. -- Spectrum Brands Holdings Common Stock | | None | J | T | | | | | |
| 31. -- Target Corp. Common Stock | A | Dividend | J | T | | | | | |
| 32. -- Texas Instruments Inc. Common Stock | A | Dividend | J | T | | | | | |
| 33. -- TJX Companies Inc. Common Stock | | None | K | T | | | | | |
| 34. -- Verisign Inc. Common Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Visa Inc. Common Stock | A | Dividend | L | T | | | | | |
| 36. -- Vodafone Group Common Stock | A | Dividend | K | T | | | | | |
| 37. -- Walgreen Co. Common Stock | A | Dividend | K | T | | | | | |
| 38. -- Wal-Mart Stores Inc. Common Stock | A | Dividend | K | T | | | | | |
| 39. -- Absolute Opportunities Fund | | None | J | T | | | | | |
| 40. -- American Century Intermediate-Term Tax-Free Bond Fund | A | Dividend | K | T | | | | | |
| 41. --Arbitrage Fund Class R | | None | J | T | | | | | |
| 42. -- DFA Short Term Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 43. -- DFA U.S Core Equity 2 Portfolio Fund | A | Dividend | K | T | | | | | |
| 44. -- Dreyfus Intermediate Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 45. -- Dreyfus Short-Intermediate Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 46. -- iShares MSCI Pacific Ex-Japan Index Fund | A | Dividend | K | T | | | | | |
| 47. -- Market Vectors Gold Miners ETF | B | Dividend | K | T | | | | | |
| 48. -- PowerShares DB Commodity Index Tracking Fund | | None | K | T | | | | | |
| 49. -- Schwab 1000 Index Fund | A | Dividend | J | T | | | | | |
| 50. -- Schwab Total Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 51. -- SPDR S&P 500 ETF | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Vanguard California Intermediate-Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 53. -- Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |
| 54. -- Vanguard FTSE All World ex-US ETF | | None | K | T | | | | | |
| 55. -- Vanguard Growth Index Fund | A | Dividend | K | T | | | | | |
| 56. --Vanguard Limited Term Tax Exempt Investor Share | A | Dividend | K | T | | | | | |
| 57. -- Vanguard MSCI EAFE ETF | A | Dividend | L | T | | | | | |
| 58. -- Vanguard MSCI Emerging Markets ETF | A | Dividend | K | T | | | | | |
| 59. -- Vanguard Short-Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 60. -- Vanguard Total Stock Market ETF | C | Dividend | N | T | | | | | |
| 61. -- State of California Bonds | C | Dividend | L | T | | | | | |
| 62. -- Synaptics Inc. Common Stock | | None | | | | | | | |
| 63. -- Volterra Semiconductor Common Stock | | None | | | | | | | |
| 64. -- Fuel Cell Energy Common Stock | | None | | | | | | | |
| 65. -- JP Morgan Chase Common Stock | A | Dividend | | | | | | | |
| 66. -- PLX Technologies Common Stock | | None | | | | | | | |
| 67. --Teva Pharmaceuticals Inc. Common Stock | A | Dividend | | | | | | | |
| 68. - Brokerage Account #2 | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -- Schwab ADV Cash Reserve Premium Account | A | Int./Div. | M | T | | | | | |
| 70. | -- Comcast Corp. Common Stock | A | Dividend | J | T | | | | | |
| 71. | -- Market Vector Junior Gold Miners ETF | A | Dividend | K | T | | | | | |
| 72. | -- SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 73. | - Brokerage Account #3 | | | | | | | | | |
| 74. | -- FIA Card Services N.A. Money Market Account | A | Int./Div. | J | T | | | | | |
| 75. | -- State of California Bonds | D | Dividend | M | T | | | | | |
| 76. | -- Piedmont California Unified School District Bonds | B | Dividend | K | T | | | | | |
| 77. | -- Hemet California Unified School District Bonds | D | Dividend | M | T | | | | | |
| 78. | --Castro Valley California Unified School District Bonds | B | Dividend | K | T | | | | | |
| 79. | Trust #2 | | | | | | | | | |
| 80. | - US Bank Account | A | Interest | L | T | | | | | |
| 81. | - US Treasury Securities | B | Int./Div. | | | | | | | |
| 82. | - Washington Mutual Investors Fund A | A | Int./Div. | | | | | | | |
| 83. | - Brokerage Account #4 | | | | | | | | | |
| 84. | -- Morgan Stanley Private Bank NA Money Market Fuind | A | Int./Div. | | | | | | | |
| 85. | -- Consolidated Edson Inc. Common Stock | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86. | -- Dominion Resources Inc (New) Common Stock | C | Dividend | | | | | | | |
| 87. | -- FirstEnergy Corp. Common Stock | A | Dividend | | | | | | | |
| 88. | -- Northeast Utilities Common Stock | A | Dividend | | | | | | | |
| 89. | -- Southern Co. Common Stock | B | Dividend | | | | | | | |
| 90. | -- Morgan Stanley US Securities Mutual Fund | A | Dividend | | | | | | | |
| 91. | -- Legg Mason Clearbridge Equities Mutual Fund | A | Dividend | | | | | | | |
| 92. | - Brokerage Account #5 | | | | | | | | | |
| 93. | -- Merrill Lynch Bank Deposit Program | A | Int./Div. | | | | | | | |
| 94. | -- State of California Bonds | E | Int./Div. | | | | | | | |
| 95. | -- Piedmont California Unified School District Bonds | B | Int./Div. | | | | | | | |
| 96. | -- Hemet California Unified School District Bonds | D | Dividend | | | | | | | |
| 97. | Estate #1 | | | | | | | | | |
| 98. | - Sterling Bank & Trust Account and CD | A | Int./Div. | | | | | | | |
| 99. | - US Bank CD | A | Int./Div. | | | | | | | |
| 100. | - Wells Fargo IRA | A | Int./Div. | | | | | | | |
| 101. | Trust #3 | | | | | | | | | |
| 102. | - Brokerage Account #6 | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -- Schwab U.S. Treasury Money Fund | D | Int./Div. | N | T | | | | | |
| 104. -- Apple Inc. Common Stock | A | Dividend | L | T | | | | | |
| 105. -- Coca-Cola Company Common Stock | A | Dividend | K | T | | | | | |
| 106. -- Comcast Corp. Common Stock | A | Dividend | J | T | | | | | |
| 107. -- CVS Caremark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 108. -- Marathon Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 109. -- Marathon Pete Corp. Common Stock | A | Dividend | J | T | | | | | |
| 110. -- McDonald's Corp. Common Stock | A | Dividend | J | T | | | | | |
| 111. -- Microsoft Corp. Common Stock | B | Dividend | K | T | | | | | |
| 112. -- Pepsico Inc. Common Stock | A | Dividend | K | T | | | | | |
| 113. -- Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 114. -- Visa Inc. Common Stock | A | Dividend | K | T | | | | | |
| 115. -- Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 116. -- iShares MSCI Pacific Ex-Japan Index Fund | A | Dividend | J | T | | | | | |
| 117. -- SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 118. -- Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |
| 119. -- Vanguard FTSE All-World Ex-US ETF | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -- Fuelcell Energy Inc. Common Stock | | None | | | | | | | |
| 121. -- Charles Schwab Corp. Common Stock | | None | | | | | | | |
| 122. -- Teva Pharmaceuticals Inds Ltd. ADRF Sponsored AD | A | Dividend | | | | | | | |
| 123. Trust #4 | | | | | | | | | |
| 124. - Brokerage Account #7 | | | | | | | | | |
| 125. -- Schwab US Treasury Money Fund Account | A | Int./Div. | M | T | | | | | |
| 126. -- Apple Inc. Common Stock | A | Dividend | J | T | | | | | |
| 127. -- Berkshire Hathaway Common Stock | | None | J | T | | | | | |
| 128. -- Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 129. -- Procter & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 130. -- Absolute Strategies Fund | | None | K | T | | | | | |
| 131. -- Arbitrage Fund Class Institutional | | None | J | T | | | | | |
| 132. -- DirecTV Common Stock | | None | | | | | | | |
| 133. -- Bank of America Corp. Common Stock | A | Dividend | | | | | | | |
| 134. IRA #1 | | | | | | | | | |
| 135. - Schwab U.S. Treasury Money Fund Account | A | Int./Div. | L | T | | | | | |
| 136. - Vanguard REIT ETF | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - State of California Municipal Bonds | A | Interest | K | T | | | | | |
| 138. IRA #2 | | | | | | | | | |
| 139. - Schwab U.S. Treasury Money Fund Account | E | Distribution | M | T | | | | | |
| 140. - Abbott Laboratories Common Stock | A | Dividend | J | T | | | | | |
| 141. - Abbvie Inc. Common Stock | | None | J | T | | | | | |
| 142. - CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 143. IRA #3 | | | | | | | | | |
| 144. - Schwab U.S. Treasury Money Fund Account | A | Interest | N | T | | | | | |
| 145. - Abbott Laboratories Common Stock | A | Distribution | K | T | | | | | |
| 146. - Abbvie Inc. Common Stock | | None | K | T | | | | | |
| 147. - Bristol Myers Squibb Company Common Stock | | None | K | T | | | | | |
| 148. - Comcast Corporation Common Stock | A | Dividend | K | T | | | | | |
| 149. - CVS Caremark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 150. - iShares Barclays TIPS Bond Fund | | None | K | T | | | | | |
| 151. - Schwab US Broad Market ETF | A | Dividend | K | T | | | | | |
| 152. - Vanguard Inflation-Protected Securities Fund | A | Dividend | L | T | | | | | |
| 153. - State of California Bonds | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. GC&H Investments Partnership | | None | K | W | | | | | |
| 155. GC&H Investments, LLC Partnership | E | Distribution | M | W | | | | | |
| 156. Jones Day Capital Account | | None | M | U | | | | | |
| 157. Jones Day 2015 Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 06/20/2013 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 06/20/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Beth L. Freeman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 971 | 196 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 4 | 328 | 579 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 584 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 890 | 000 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned – personal residence | 3 | 000 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 150 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| San Mateo County Pension Plan | | 229 | 434 | | | | |
| California Judges' System II Pension Plan | | 573 | 884 | | | | |
| Peninsula Golf & Country Club | | 54 | 000 | Total liabilities | | | 0 |
| | | | | Net Worth | 12 | 781 | 093 |
| Total Assets | 12 | 781 | 093 | Total liabilities and net worth | 12 | 781 | 093 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |